# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ADRIAN JAMES WAUGHTAL

NO. 2026 KW 0558

**JULY 27, 2026**

---

In Re:     Adrian James Waughtal, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany, No.
           2708-F-2025.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT